Nat YANISH, Appellant,

v.

**Bruce G. BARBER, District Director of Immigration and Naturalization, Appellee.**

No. 13785.

United States Court of Appeals Ninth Circuit.

March 22, 1954.

See, also, 9 Cir., 211 F.2d 467.

Gladstein, Andersen & Leonard, Lloyd E. McMurray, Allan Brotsky, Benjamin Dreyfus, Francis J. McTernan, Jr., San Francisco, Cal., for appellant.

Lloyd H. Burke, U. S. Atty., C. Elmer Collett, Asst. U. S. Atty., San Francisco, Cal., for appellee.

Before HEALY, ORR, and POPE, Circuit Judges.

PER CURIAM.

This is an appeal from an order denying and dismissing a petition for a writ of habeas corpus. It is conceded by appellant that the cause has become moot, and the appeal is accordingly dismissed.